UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONY LIMA,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | Case No. CV 21-4520-RSWL (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: January 6, 2022　　　　　　　/s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　　HONORABLE RONALD S.W. LEW
　　　　　　　　　　　　　　　　　Senior United States District Judge